```
UNITED STATES DISTRICT COURT                12 CIV 7950
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ULTRABULK A/S f/k/a EITZEN BULK A/S          :
                                             :  1:12-CV_____
                                             :
              Plaintiff,                     :
      vs.                                    :  ORDER APPOINTING
                                             :  SPECIAL PROCESS
AAVANTI SHIPPING AND CHARTERING LTD          :  SERVER PURSUANT TO
                                             :  RULE 4(C)
              Defendant.                     :
------------------------------------------------------------X
```

An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4 (c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the declaration of George M. Chalos, Esq., sworn to on the 24th day of October 2012, and good cause having been shown, it is hereby:

**ORDERED**, that any agent and/or employee of CHALOS & CO, P.C., or any designated process server, who is over the age of 18 and not a party to this action, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon garnishee(s) listed in the Order, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for or on account of the defendants.

Dated: October 2\_, 2012
       New York, New York

SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/12

1