UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ULTRABULK A/S f/k/a EITZEN BULK A/S,

                              Plaintiff,          12 CV 7950 (SAS)

-v-

                                        **NOTICE OF VOLUNTARY**
AAVANTI SHIPPING AND CHARTERING LTD.    **DISMISSAL**

                             Defendant.
------------------------------------------------------------x

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, ULTRABULK A/S f/k/a EITZEN BULK A/S, as to defendant pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Oyster Bay, New York
         December 13, 2012

                                      CHALOS & CO, P.C.
                                      Attorneys for Plaintiff
                                      ULTRABULK A/S f/k/a EITZEN BULK A/S

                      By:    */s/ Kerri M. D'Ambrosio*
                              George M. Chalos (GC-8693)
                              Kerri M. D'Ambrosio (KD-0249)
                              55 Hamilton Avenue
                              Oyster Bay, New York 11771
                              Tel: (516) 714-4300
                              Fax: (516) 750-9051
                              Email: gmc@chaloslaw.com
                                      kdambrosio@chaloslaw.com

Chalos & Co ref: 2068.021